IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MAURICE JACKSON**                                                                           **PLAINTIFF**

**v.**                 **CASE NO. 4:23-CV-00967-BSM**

**ARKANSAS GAME AND FISH
COMMISSION**                                                         **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 14th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE